UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JS-6

CIVIL MINUTES—GENERAL

Case No.  CV 20-6818-MWF (Ex)                Date:  March 1, 2021
Title:    Brian Whitaker v. BPP East Union LLC et al.

Present: The Honorable MICHAEL W. FITZGERALD, U.S. District Judge

| Deputy Clerk: | Court Reporter: |
|---|---|
| Rita Sanchez | Not Reported |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| None Present | None Present |

**Proceedings (In Chambers):**   ORDER RE: MOTION TO DISMISS FOR LACK OF JURISDICTION [46]

Before the Court is Defendant BPP East Union LLC's Motion to Dismiss for Lack of Jurisdiction (the "Motion"), filed on January 14, 2021. (Docket No. 46). On February 3, 2021, Plaintiff Brian Whitaker filed a notice of non-opposition. (Docket No. 49).

The Motion was noticed to be heard on February 22, 2020. The Court read and considered the papers on the Motion and deemed the matter appropriate for decision without oral argument. *See* Fed. R. Civ. P. 78(b); Local Rule 7-15. The hearing was therefore **VACATED** and removed from the Court's calendar. Vacating the hearing is also consistent with General Order 20-09, arising from the COVID-19 pandemic.

The Motion is **GRANTED**. Plaintiff concedes that "there is no question that the restaurant is now providing accessible dining surfaces for its outside dining area and, therefore, the defense is correct that the ADA claim has been rendered moot and plaintiff no longer has standing." (Notice of Non-Opposition at 1).

Accordingly, the action is **DISMISSED** *without prejudice*.

IT IS SO ORDERED.